

# NUMBER 13-16-00175-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOE HENDERSON,                                                    Appellant,

v.

MARILYN KAY BLALOCK,                                             Appellee.

## On appeal from the 149th District Court
## of Brazoria County, Texas.

# ORDER

## Before Justices Benavides, Perkes, and Longoria
## Order Per Curiam

This cause is before the Court on appellant's motion for order to correct trial clerk

records. [1]   The clerk's record and supplemental clerk's record in this cause were filed on

---

[1] This case is before the Court on transfer from the First Court of Appeals in Houston pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

April 12, 2016. According to the appellant, the clerk's records are "wrong, misfiled, and incomplete."

This situation requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* Tex. R. App. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine if the clerk's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.5(e), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a complete clerk's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights. If a filing designated for inclusion in the clerk's record has been lost or destroyed and the parties cannot agree, by written stipulation, for a copy of that item to be included in a supplemental record, the trial court shall determine what constitutes an accurate copy of the missing item and order it to be included in the clerk's supplemental record.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of June, 2016.

2